**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jackie's Cookie Connection, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-1293210 |

| 4. | **Debtor's address** | **Principal place of business** <br><br> 12109 Santa Monica Blvd. <br> Number    Street <br><br> _____ <br><br> Los Angeles      CA    90025 <br> City         State   ZIP Code <br><br> Los Angeles County <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City      State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 730 E 139th St. <br> Number    Street <br><br> _____ <br><br> Los Angeles      CA    90059 <br> City         State   ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | www.jackiescookieconnection.com |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Jackie's Cookie Connection, LLC | Case number (if known) |
|---|---|---|
| | Name | |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

   311821

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When __/__/____ MM/DD/YYYY Case number _____
       District _____ When __/__/____ MM/DD/YYYY Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
        District _____ When __/__/____ MM/DD/YYYY
        Case number, if known _____

Debtor  Jackie's Cookie Connection, LLC    Case number (if known)_____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☑ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  Packaging goods held at Port of Los Angeles.

Where is the property? 730 E 139 St and 12109 Santa Monica Blvd
                       Number     Street

Los Angeles                                CA
City                                       State     ZIP Code

**Is the property insured?**

☐ No
☑ Yes. Insurance agency  Hartford Insurance

Contact name _____
Phone        _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

| Debtor | Jackie's Cookie Connection, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/17/2018
MM / DD / YYYY

X _____  Rachel Galant
Signature of authorized representative of debtor    Printed name

Title Managing Member, CEO

**18. Signature of attorney**

X _____    Date 12/17/2018
Signature of attorney for debtor                              MM / DD / YYYY

Derrick Talerico
Printed name
ZOLKIN TALERICO LLP
Firm name
12121 Wilshire Blvd Suite 1120
Number    Street
Los Angeles                              CA           90025
City                                          State        ZIP Code

_____    dtalerico@ztlegal.com
Contact phone                                 Email address

223763                                         CA
Bar number                                    State

CERTIFICATE OF
JACKIE'S COOKIE CONNECTION, LLC
AUTHORIZING FILING OF BANKRUPTCY PETITION

The undersigned, being the manager of JACKIE'S COOKIE CONNECTION, LLC, a California limited liability company ("Company"), organized under the laws of the State of California, hereby certifies and adopts the following resolution as the action of the Company.

WHEREAS, at a special meeting of the Company's members holding a majority of the Class A Units, the following resolutions were duly enacted, and the same shall remain in full force and effect, without modification, as of the date hereof:

Upon motion duly made, the following resolution was adopted:

RESOLVED, that the undersigned, is hereby authorized to determine based upon prior events and advice of counsel, weather it is desirable and in the best interest of the Company, its creditors, and other interested parties, that the Company file a petition under the provisions of Chapter 11 of title 11 of the United States Code;

FURTHER RESOLVED, that the Manager is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

FURTHER RESOVED, that the Manager is hereby authorized and directed on behalf of and in the name of the Company, to execute and to file and to cause counsel for the Company to prepare (with the assistance of the Company) as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Manager deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;

FURTHER RESOLVED, that the Company hereby retains the law office of Zolkin Talerico LLP as bankruptcy counsel for the Company, for the purpose of, among other things, representing the Company in its Chapter 11 case.

Dated: December 16, 2018

By: _____
Rachel Galant, Managing Member and
Chief Executive Officer of
Jackie's Cookie Connection, LLC

| | Fill in this information to identify the case: | |
|---|---|---|
| Debtor name | Jackie's Cookie Connection, LLC | |
| United States Bankruptcy Court for the: | Central District of California | ☐ Check if this is an amended filing |
| Case number (If known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Maurice Rasgon 2010 Irrevocable Trust<br>5673 Selmaraine Dr<br>Culver City, CA, 90230 | Maurice Rasgon<br>310-251-8500<br>maurice@cdgbeauty.com | Unsecured Loan Repayments | | | | 697,353.75 |
| 2 | Mike Jarvis<br>822 11th St<br>Manhattan Beach, CA, 90266 | Mike Jarvis<br>310-365-0129<br>mjarvis880@aol.com | Unsecured Loan Repayments | | | | 412,000.00 |
| 3 | Brian Haloossim<br>10425 Charing Cross Rd<br>Los Angeles, CA, 90024 | Brian Haloossim<br>310-923-3320<br>bfh24@yahoo.com | Unsecured Loan Repayments | | | | 286,117.37 |
| 4 | JCC Financing<br>11367 Elderwood St<br>Los Angeles, CA, 90049 | Danny Rosenthal<br>312-307-6221<br>drosenthal@peak6.com | Factor | | | | 156,168.00 |
| 5 | Maurice Rasgon<br>5673 Selmaraine Dr<br>Culver City, CA, 90230 | Maurice Rasgon<br>310-251-8500<br>maurice@cdgbeauty.com | Unsecured Loan Repayments | | | | 106,000.00 |
| 6 | Babars Kingdom Trust<br>10477 Troon Ave<br>Los Angeles, CA, 90064 | Russell Grossman<br>310-956-0956<br>russellgrossman@sbcglobal.net | Unsecured Loan Repayments | | | | 104,500.00 |
| 7 | Seta H LLC<br>10425 Charing Cross Rd<br>Los Angeles, CA, 90024 | Brian Haloossim<br>310-923-3320<br>bfh24@yahoo.com | Unsecured Loan Repayments | | | | 104,500.00 |
| 8 | Lee Brock<br>4304 Lafayette Blvd<br>Fredericksburg, VA, 22408 | Lee Brock<br>540-842-7556<br>leebrock@juno.com | Unsecured Loan Repayments | | | | 103,133.96 |

| Debtor | Jackie's Cookie Connection, LLC | Case number (if known) | |
|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Russell Grossman<br>10477 Troon Ave<br>Los Angeles, CA, 90064 | Russell Grossman<br>310-956-0956<br>russellgrossman@sbcglobal.net | Unsecured Loan Repayments | | | | 80,524.15 |
| 10 | Smashssma LLC<br>14601 S Main St<br>Gardena, CA, 90248 | Stuart Schwartz<br>310-380-6778 x 204<br>stuart@hannahmax.com | Rent for 730 E 139th St, Los Angeles 90059 | | | | 72,185.00 |
| 11 | Curtis Macnguyen Trust<br>11755 Wilshire Blvd<br>Ste 1350<br>Los Angeles, CA, 90025 | Curtis Macnguyen<br>310-899-7341<br>cmacnguyen@ivorycapital.com | Unsecured Loan Repayments | | | | 52,100.00 |
| 12 | Stanley Rogoff<br>15101 Coventry Way<br>Unit 205<br>Tustin, CA, 92782 | Stanley Rogoff<br>714-729-4026<br>rogo8340@gmail.com | Unsecured Loan Repayments | | | | 51,578.17 |
| 13 | Ernest Packaging<br>5777 Smithway St<br>Commerce, CA, 90040 | Jennifer Delgadillo<br>323-923-3171<br>jdelgadillo@ernestpkg.com | Suppliers or Vendors | | | | 40,088.51 |
| 14 | Ameripride<br>5950 Alcoa Ave<br>Vernon, CA, 90058 | Jack Hovsepian<br>323-277-2467<br>Jack.Hovsepian@AmerPride.com | Suppliers or Vendors | | | | 38,979.00 |
| 15 | Sysco<br>20701 E Currier Rd<br>Walnut, CA, 91789 | Ben Wright<br>909-732-4673<br>lspiwak@sai-legal.com | Suppliers or Vendors | | | | 37,903.82 |
| 16 | The DG and MG Living Trust<br>15513 Orchid Ave<br>Tustin, CA, 92782 | David and Marcy Garrett<br>408-691-3205<br>marcy_garrett@yahoo.com | Unsecured Loan Repayments | | | | 31,440.00 |
| 17 | Janiking<br>16885 Dallas Pkwy<br>Addison, TX, 75001 | Daniel Moore<br>972-991-0900<br>dmoore@janiking.com | Suppliers or Vendors | | | | 30,000.00 |
| 18 | OIA Global<br>2100 SW River Pkwy<br>Portland, OR, 97201 | Ben Larsen<br>503-415-3600<br>ben.larsen@oiaglobal.com | Suppliers or Vendors | | | | 27,708.00 |
| 19 | Kabbage<br>925B Peachtree St<br>Ste 1688<br>Atlanta, GA, 30309 | Support<br>888-986-8263<br>support@kabbage.com | Unsecured Loan Repayments | | | | 26,589.94 |
| 20 | Uni Plastics<br>East 2316 Hai An Ka Fu Nuo<br>12069 Shen Nan Da Dao<br>Shenzhen Guagong CHINA, 518052 | David Quan<br>86-755-8667-2058<br>sales@uni-plastic.com | Suppliers or Vendors | | | | 26,000.00 |

Fill in this information to identify the case and this filing:

Debtor Name  JACKIE'S COOKIE CONNECTION, LLC

United States Bankruptcy Court for the: Central  District of California
(State)

Case number (If known): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/17/2018           X _____
              MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                  Rachel Galant
                                  Printed name

                                  Managing Member, CEO
                                  Position or relationship to debtor

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles , California

Date: 12/17/2018

_____
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (State Bar No. 223763)<br>Zolkin Talerico LLP<br>12121 Wilshire Blvd., Suite 1120<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br>E-Mail: dtalerico@ztlegal.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | CASE NO.: |
|---|---|
| JACKIE'S COOKIE CONNECTION, LLC., a California limited liability company, | CHAPTER: 11 |
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 12/17/2018

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                                      F 1007-1.MAILING.LIST.VERIFICATION

Ameripride
5950 Alcoa Ave
Vernon, CA 90058


Babars Kingdom Trust
10477 Troon Ave
Los Angeles, CA 90064


Blue Bridge Financial LLC
11911 Freedom Dr
One Fountain Square Ste 570
Reston, VA 20190


Brian Haloossim
10425 Charing Cross Rd
Los Angeles, CA 90024


Connect Staffing
8220 Katella Ave
Ste A
Stanton, CA 90680


Corey Spound
15300 Ventura Blvd
Ste 200
Sherman Oaks, CA 91403


Curtis Macnguyen Trust
11755 Wilshire Blvd
Ste 1350
Los Angeles, CA 90025

Dennis P Block Esq
5437 Laurel Canyon Blvd 2nd FL
Valley Village, CA 91607


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Envision Capital Group LLC
23422 Mill Creek Dr Ste 200
Laguna Hills, CA 92653


Ernest Packaging
5777 Smithway St
Commerce, CA 90040


Financial Pacific Leasing Inc
3455 S 344th Way Ste 300
Auburn, WA 98001


First Corporate Solutions
914 S St
As Representative
Sacramento, CA 95811


JCC Financing
11367 Elderwood St
Los Angeles, CA 90049


Janiking
16885 Dallas Pkwy
Addison, TX 75001

Kabbage
925B Peachtree St
Ste 1688
Atlanta, GA 30309


L CA Bank Corporation
3150 Livernois Ste 300
Troy, MI 48083


Lee Brock
4304 Lafayette Blvd
Fredericksburg, VA 22408


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Maurice Rasgon
5673 Selmaraine Dr
Culver City, CA 90230


Maurice Rasgon 2010 Irrevocable Trust
5673 Selmaraine Dr
Culver City, CA 90230


Mike Jarvis
822 11th St
Manhattan Beach, CA 90266


OIA Global
2100 SW River Pkwy
Portland, OR 97201

Pawnee Leasing Corporation
3801 Automation Way
Fort Collins, CO 80525


Rachel Galant
823 S Bundy Dr #104
Los Angeles, CA 90049


Russell Grossman
10477 Troon Ave
Los Angeles, CA 90064


Seta H LLC
10425 Charing Cross Rd
Los Angeles, CA 90024


Smashssma LLC
14601 S Main St
Gardena, CA 90248


Stanley Rogoff
15101 Coventry Way
Unit 205
Tustin, CA 92782


State Board of Equalization
Account Information Group  MIC 29
PO Box 942879
Sacramento, CA 94279-0029


Sysco
20701 E Currier Rd
Walnut, CA 91789

Targeted Lease Capital LLC
5500 Main St Ste 300
Buffalo, NY 14221


The DG and MG Living Trust
15513 Orchid Ave
Tustin, CA 92782


Timepayment Corporation
16 New England Executive Park
Ste 200
Burlington, MA 01803


Uni Plastics
East 2316 Hai An Ka Fu Nuo
12069 Shen Nan Da Dao
Shenzhen Guagong CHINA 518052