**FILED & ENTERED**

MAY 08 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

Jackies Cookie Connection LLC,

           Debtor(s).

Case No.: 2:18-bk-24571-NB
CHAPTER 11

**ORDER SETTING BAR DATE:** *June 20, 2019*
**AND DIRECTING SERVICE BY DEBTOR**

Status conference:
Date: May 21, 2019
Time: 2:00 p.m.
Location: Courtroom 1545

**TO ALL PARTIES IN INTEREST:** Based on the status conference held at the above-referenced time and place, IT IS ORDERED as follows:

1. Bar Date. The Bar Date listed above (in the title of this Order) is hereby fixed as the general deadline by which proofs of claim or interest must be filed in this case.

2. Notice of bar date. The above-captioned debtor(s) must serve a copy of this Order (*not* the notice contemplated by LBR 3001-1) on all creditors, interest holders, and other parties in interest no later than **May 10, 2019**. In the interest of conserving paper and postage, a proof of service should be separately filed, *not* served.

3. Unpaid goods received within 20 days prepetition. The Bar Date applies to any creditor who asserts a claim under 11 U.S.C. § 503(b)(9) (an administrative expense for "the value of any *goods* received by the debtor *within 20 days* before the date of commencement of [this bankruptcy case] in which the goods have been sold to the debtor in the ordinary course of the debtor's business") (emphasis added).[1]

---

[1] Any creditor who wishes to assert such a claim shall file the usual proof of claim form (Official Form 410) modified as follows: (a) *Section 2*: identify (i) the goods for which the debtor has not paid, (ii) the method(s) of shipment, (iii) the actual date(s) when those goods were *received* by the debtor (or state that an estimated date has been used), and (iv) the place of delivery – *e.g.,* "computers shipped via US mail, received by debtor at debtor's warehouse on __/__/__ (estimated date)" (use a continuation sheet if necessary). (b) *Section 5*: Check the box for "Other" priority and specify that priority is under 11 U.S.C. § 507(a)(**2**) **& 503(b)(9)**.

4. <u>Form</u>.  Copies of the proof of claim form may have previously been sent to you by the Court along with the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines.  Additional proof of claim forms (Official Form 10) may be obtained from the Office of the Clerk of this Bankruptcy Court or from the Court's website: www.cacb.uscourts.gov.

5. <u>Address</u>.  Proofs of claim or interest must be *received* at the following address in time for processing during the court's business hours:

> Clerk of the United States Bankruptcy Court
> 255 E. Temple Street, Room ~~940~~100
> Los Angeles, CA 90012

6. <u>Exceptions to Bar Date</u>.  Exceptions to the Bar Date include, but are not limited to:

    a. <u>Executory contracts/unexpired leases</u>.  The deadline to file a proof of claim arising from rejection of any executory contract or unexpired lease, is the later of (i) 30 days after entry of an order authorizing the rejection of such contract or lease or (ii) 30 days after entry of an order confirming any chapter 11 plan in this case (regardless whether such contract or lease is addressed in the plan).  *See* 11 U.S.C. §§ 365, 502(g), LBR 3001-1.

    b. <u>Governmental units</u>.  The deadline for governmental units to file claims is the later of the (i) Bar Date or (ii) **before** 180 days after the date of the Order for Relief in this case (the Court's records show that the Order for Relief was on 12/17/18, and 180 days later is 6/15/19).  *See* 11 U.S.C. §§ 101(27)) and 502(b)(9).

    c. <u>Avoidance</u>.  The deadline is the later of (i) the Bar Date or (ii) 30 days after the entry of a judgment for the recovery of an avoided transfer pursuant to chapter 5 of the Bankruptcy Code (11 U.S.C. §§ 544 *et seq.*).  *See* LBR 3001-1; 11 U.S.C. § 502(h).

7. <u>Agreed claims</u>.  If your claim is listed on Debtor's official bankruptcy schedules of assets and liabilities (the "Schedules") <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim or interest is deemed filed in the amount set forth in those Schedules in this chapter 11 case.  11 U.S.C. § 1111(a).  But if your claim or interest is not listed on the Schedules, <u>or</u> is scheduled as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim or interest (*e.g.,* its description as unsecured or non-priority claim, or as common stock rather than preferred stock), then you <u>must</u> timely file a proof of claim or interest as set forth in this Order.

**Failure of a creditor to timely file a proof of claim or interest on or before the applicable deadline set forth herein may result in disallowance of the claim or interest or subordination under the terms of a plan without further notice or hearing.  11 U.S.C. § 502(b)(9).  Creditors and interest holders may wish to consult an attorney to protect their rights.**

###

Date: May 8, 2019

_____
Neil W. Bason
United States Bankruptcy Judge