ZOLKIN TALERICO LLP
Derrick Talerico (State Bar No. 223763)
dtalerico@ztlegal.com
David B. Zolkin (State Bar No. 155410)
dzolkin@ztlegal.com
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA  90025
Telephone:     (424) 500-8551
Facsimile:      (424) 500-8951

Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re:

JACKIE'S COOKIE CONNECTION, LLC,
a California limited liability company,

Debtor.

Case No. 2:18-bk-24571-NB

Chapter 11

**NOTICE OF DISTRIBUTION AND DISMISSAL OF CASE**

**Hearing:**

**(UPON REQUEST PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o))**

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to the order of the Court made on December 10, 2019, the Debtor intends to make a final distribution of $45,775.14 in remaining estate funds as set forth herein.  $975 shall be paid on account of outstanding United States Trustee fees.  The remaining balance of estate funds shall be distributed to administrative creditors on a pro-rata basis on the following administrative claims:

| **Administrative Creditor** | **Claim Amount** | **Estimated Distribution** |
|---|---|---|
| Internal Revenue Service | $20,000.00 | $4,415.20 |
| California Employment Dev. Dept. | $27,657.66 | $6,105.71 |
| Zolkin Talerico LLP | $155,278.07 | $34,279.22 |

**PLEASE TAKE FURTHER NOTICE** that an order granting the Motion of the United States Trustee to convert, dismiss, or appoint a Chapter 11 Trustee (Dkt. 76) and dismissing this Case, shall be entered, conditioned upon the proposed distributions set forth herein (the "Dismissal Order").

**PLEASE TAKE FUTHER NOTICE** that pursuant to Local Bankrutpcy Rule 9013-1(o), any party in interest may request a hearing on the matters set forth in this Notice in accordance with Local Bankruptcy Rule 9013-1(d).  Pursuant to Local Bankruptcy Rule 9013-1(o)(1), any response and request for hearing must be: (i) filed with the Office of the Clerk, United States Bankruptcy Court, Los Angeles Division, 255 East Temple Street, Los Angeles, CA 90012; and (ii) served upon the Debtor's counsel at the address indicated in the upper left-hand corner of the first page of this Notice, and the Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017, within 14 days after the date of service of this Notice, plus 3 additional days if the party in interest was served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9013-1(o)(3), if no response and request for hearing is timely filed and served, the Debtor's counsel will file a declaration of no response and lodge a proposed Dismissal Order with the Court, at which time the Court may enter the Dismissal Order consistent with the relief set forth in this Notice.

DATED:  August 17, 2020             ZOLKIN TALERICO LLP


                                    By:    */s/ Derrick Talerico*
                                        Derrick Talerico
                                        David B. Zolkin
                                    Attorneys for Jackie's Cookie Connection, LLC
                                    Debtor and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
12121 Wilshire Blvd, Suite 1120, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISTRIBUTION AND DISMISSAL OF CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) August 17, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee's Office:  ustpregion16.la.ecf@usdoj.gov; dare.law@usdoj.gov; ron.maroko@usdoj.gov; kenneth.g.lau@usdoj.gov
Attorneys for Debtor:  Derrick Talerico and David B Zolkin: dtalerico@ztlegal.com; dzolkin@ztlegal.com; maraki@ztlegal.com; sfritz@ztlegal.com
Attorneys for Creditor Ally Bank:  Adam N. Barasch:  adb@severson.com; cas@severson.com; nye@severson.com
Attorneys for Creditor Brian Haloossim:  Sandford L. Frey:  sfrey@leechtishman.com; lmoya@leechtishman.com; dmulvaney@leechtishman.com
Attorneys for Creditor Honda Lease Trust:  Vincent V Frounjian; vvf.law@gmail.com
Attorneys for Creditor Direct Capital Corporation:  Raffi Khatchadourian:  raffi@hemar-russo.com
Attorneys for Unsecured Creditor Smashssma LLC:  Michael S. Kogan:  mkogan@koganlawfirm.com
Attorneys for Kogan Law Firm:  Michael S. Kogan:  mkogan@koganlawfirm.com
Attorneys for Creditor Continental Bank:  Brett H. Ramsaur:  brett@ramsaurlaw.com
Attorneys for CD Foodservice Inc.: Gary S. Sherman: gary.sherman@logsslaw.com; marleesherman@logsslaw.com
Unsecured Creditor Synchrony Bank by PRA Receivables Management LLC, Authorized Agent:  Valerie Smith: claims@recoverycorp.com

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) August 17, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail Service List

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 17, 2020 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**Jackie's Cookie Connection, LLC**                                                          Case No. 2:18-bk-24571-NB

**Debtor:**

- Jackie's Cookie Connection LLC, Attn Rachel Galant, 12109 Santa Monica Blvd, Los Angeles, CA 90025

**Secured Creditors:**

- Ally Bank, PO Box 130424, Roseville, MN 55113-004
- American Honda Finance Corp, National Bankruptcy Center, PO Box 168088, Irving, TX 75016
- Amur Equipment, 380 N Locust St Ste 100, PO Box 2555, Grand Island, NE 68801
- Beneficial, 165 Pottstown Pike, Chester Springs, PA 19425
- Blue Bridge Financial LLC, Attn Officer/Managing/General Agent, 11911 Freedom Dr, One Fountain Square Ste 570, Reston, VA 20190
- C&D Lease Corp of America, 3150 Livernois Rd Ste 300, Troy, MI 48083
- Crestmark, 5480 Corporate Dr Ste 350, Troy, MI 48098
- Crestmark Vendor Finance, c/o Jaffe Raitt Heuer & Weiss PC, Attn Paul R Hage, 27777 Franklin Ste 2500, Southfield, MI 48034
- Direct Capital Corporation, 155 Commerce Way, Portsmouth, NH 03801
- Direct Capital Corp, c/o Hemar Rousso & Heald LLP, 15910 Ventura Blvd 12th Fl, Encino, CA 91436
- Envision Capital Group LLC, Attn Officer/Managing/General Agent, 23422 Mill Creek Dr Ste 200, Laguna Hills, CA 92653
- Financial Pacific Leasing Inc, Attn Officer/Managing/General Agent, 3455 S 344th Way Ste 300, Auburn, WA 98001
- First Corporate Solutions, As Representative, 914 S St, Sacramento, CA 95811
- Hitachi, 800 W University, Rochester, MI 48307
- Hitachi Capital America Corp, Jacob Sellers, 5500 Wayzata Blvd Ste 1200, Minneapolis, MN 55416
- Honda Finance Corporation, 1919 Torrance Blvd, Torrance, CA 90501
- Honda Lease Trust, 3625 W Royal Ln Ste 200, Irving, TX 75063
- L CA Bank Corporation, Attn Officer/Managing/General Agent, 3150 Livernois Ste 300, Troy, MI 48083
- National Funding, 9820 Towne Centre Dr Ste 200, San Diego, CA 92121
- Pawnee Leasing Corporation, Attn Officer/Managing/General Agent, 3801 Automation Way, Fort Collins, CO 80525
- Targeted Lease Capital LLC, Attn Officer/Managing/General Agent, 5500 Main St Ste 300, Buffalo, NY 14221
- Timepayment Corporation, Attn Officer/Managing/General Agent, 16 New England Executive Park #200, Burlington, MA 01803
- Wells Fargo Bank NA, 800 Walnut St, MAC F0005-055, Des Moines, IA 50309

**20 Largest Unsecured Creditors:**

- Ameripride, Attn Officer/Managing/General Agent, 5950 Alcoa Ave, Vernon, CA 90058
- Babars Kingdom Trust, Attn Officer/Managing/General Agent, 10477 Troon Ave, Los Angeles, CA 90064
- Brian Haloossim, 10425 Charing Cross Rd, Los Angeles, CA 90024
- Brian Haloossim, c/o Leech Tishman Fuscaldo & Lampl Inc, 200 S Los Robles Ave, Ste 210, Pasadena, CA 91101-2419
- Ernest Packaging, Attn Officer/Managing/General Agent, 5777 Smithway St, Commerce, CA 90040
- JCC Financing, Attn Officer/Managing/General Agent, 11367 Elderwood St, Los Angeles, CA 90049
- Janiking, Attn Daniel J Moore, 16885 Dallas Pkwy, Addison, TX 7500
- Kabbage, Attn Officer/Managing/General Agent, 925B Peachtree St Ste 1688, Atlanta, GA 30309
- Lee Brock, 4304 Lafayette Blvd, Fredericksburg, VA 22408
- Maurice Rasgon, 5673 Selmaraine Dr, Culver City, CA 90230
- Maurice Rasgon 2010 Irrevocable Trust, 5673 Selmaraine Dr, Culver City, CA 90230
- Mike Jarvis, 822 11th St, Manhattan Beach, CA 90266
- OIA Global, Attn Officer/Managing/General Agent, 2100 SW River Pkwy, Portland, OR 97201,
- Russell Grossman, 10477 Troon Ave, Los Angeles, CA 90064
- Seta H LLC, Attn Officer/Managing/General Agent, 10425 Charing Cross Rd, Los Angeles, CA 90024,
- Smashssma LLC, Attn Officer/Managing/General Agent, 14601 S Main St, Gardena, CA 90248
- Attys for Smashssma LLC, Dennis P Block Esq, 5437 Laurel Canyon Blvd 2nd FL, Valley Village, CA 91607
- Stanley Rogoff, 15101 Coventry Way Unit 205, Tustin, CA 92782
- Sysco, Attn Officer/Managing/General Agent, 20701 E Currier Rd, Walnut, CA 91789
- Sysco Los Angeles Inc, c/o Spiwak & Iezza LLP, 555 Marin St Ste 140, Thousand Oaks, CA 91360
- The DG and MG Living Trust, 15513 Orchid Ave, Tustin, CA 92782,
- Uni Plastics, East 2316 Hai An Ka Fu Nuo, 12069 Shen Nan Da Dao, Shenzhen Guagong 518052, **CHINA**

**Unsecured Creditors:**

- Aizen Fire Protection, 20942 Osborne St Unit D, Canoga Park, CA 91304
- Allied Bakery, 12015 Slauson Ave Ste K, Santa Fe Springs, CA 90670
- Alpha Graphics, 2717 Wilshire Blvd, Santa Monica, CA 90403
- American Alternative Ins Corp, Roanoke Group, 1475 E Woodfield Rd #500, Schaumburg, IL 68802
- American Express Natl Bank (PlumCard), Attn Beckett and Lee LLP, PO Box 3001, Malvern, PA 19355-0701
- American Express Natl Bank (SPG), Attn Beckett and Lee LLP, PO Box 3001, Malvern, PA 19355-0701
- Ameripride, Attn Officer/Managing/General/Agent, 5950 Alcoa Ave, Vernon, CA 90058
- Anritsu Infivis, 1001 Cambridge Dr, Elk Grove Village, IL 60007
- BDS, 10 Holland, Irvine, CA 92618
- Black Sheep Services, 2100 W Redondo Beach Blvd, Ste C306, Torrance, CA 90504
- Budget Uniform Rental Inc, 1702 W 134th St, PO Box 1368, Gardena, CA 90249
- Budget Uniform Rental Inc, c/o Caleb Donner Attorney, 910 Hampshire Rd Ste R, Westlake Village, CA 91361
- CD Foodservice Inc, 3227 Cornerstone Dr, Mira Loma, CA 91752
- CD Foodservice Inc., c/o Law Offices of Gary S Sherman APC, 21112 Ventura Blvd, Woodland Hills, CA 91364-2103
- CHTD Company, PO Box 2576, Springfield, IL 62708
- Cintas, 7735 Paramount Blvd, Pico Rivera, CA 90660
- City of Los Angeles Public Works, PO Box 30749, Los Angeles, CA 90030-0749
- Club Services, 9520 Towne Centre Dr Ste 200, San Diego, CA 92121
- Connect Staffing, Attn Officer/Managing/General Agent, 8220 Katella Ave Ste A, Stanton, CA 90680
- Connect Staffing Inc, c/o Continental Commercial Group, 317 S Brand Blvd, Glendale, CA 91204
- Consolidated Investments LLC, c/o Keystone Management Inc, 15165 Ventura Blvd Ste 140, Sherman Oaks, CA 91403
- Corey I. Spound & Tamarack RES Inc, 15300 Ventura Blvd Ste 200, Sherman Oaks, CA 91403
- Demourya Jackson, 14106 Ardath Ave Apt 3, Gardena, CA 90249
- Derm Tech Labs Inc / Gate Theraputics Inc, Attn George Damascus President, 3823 College Ave, Culver City, CA 90232
- EKC PR, 9350 Wilshire Blvd Ste 323, Beverly Hills, CA 90212
- Ecolab, PO Box 100512, Pasadena, CA 91189
- Eddy Luna, 9200 San Antonio St Apt 8, South Gate, CA 90280
- Edison, 1721 22nd St, Santa Monica, CA 90404
- Erika Gonzalez, 1412 S Wilmington Ave Unit B, Compton, CA 90220
- FSNS Certification & Audit LLC, 199 W Rhapsody, San Antonio, TX 78216
- Fax.com, 6922 Hollywood Blvd, Los Angeles, CA 90028
- FreightQuote.com, 901 W Carondelet Dr, Kansas City, MO 64114
- Fundbox, 300 Montgomery St, San Francisco, CA 94104
- GS1, 7887 Washington Village Dr Ste 300, Dayton, OH 45459
- Geico, PO Box 509090, San Diego, CA 92150
- Gelsons Markets, Attn Jeffy Windfield, 13883 Freeway Dr, Santa Fe Springs, CA 90670
- Golden State Water, PO Box 9016, San Dimas, CA 91773
- Gourmet Demo Service, 4656 E Dakota Ave Ste 101, Fresno, CA 93726
- Grace Donaldson, 6615 Franklin Ave Apt 316, Los Angeles, CA 90228
- Great Northern, 8600 Wyoming Ave N, Minneapolis, MN 55445
- Hartford Fire Insurance Co, Bankruptcy Unit HO2-R, One Hartford Plaza, Hartford, CT 06155
- Henri Cruz, 613 W 63rd Pl, Los Angeles, CA 90044
- Jessica Lemoine Esq, 317 S Brand Blvd, Glendale, CA 91204
- Jesus Martinez, 11136 Yucon Ave, Inglewood, CA 90303
- Jose Cenajas, 11136 Yukon Ave, Inglewood, CA 90303
- Jose Hernandez, 5829 Venice Blvd, Los Angeles, CA 90019
- Lisa E Spiwak Esq, Spiwak & Iezza LLP, 555 Marin St Ste 140, Thousand Oaks, CA 91360
- MCP SoCal Industrial LAX LLC, c/o CBRE - Attn Project Mgr LAX Logistic, 4900 Rivergrade Rd Ste A110, Baldwin Park, CA 91706
- MCP SoCal Industrial LAX LLC, 333 S Hope St Ste 3650, Los Angeles, CA 90071
- MCP SoCal Industrial LAX LLC, 425 Market St Ste 1050, San Francisco, CA 94105
- Marco Equipment, 130 Atlantic St, Pomona, CA 91766
- Martin F Goldman Esq, Mendelson Goldman & Schwarz, 5805 Sepulveda Blvd Ste 850, Van Nuys, CA 91411
- Matthew G Cole Esq., The Cole Firm, 3515 Clairmont, San Antonio, TX 78259
- Pacific Conveyor, 1535E Edinger Ave, Santa Ana, CA 92705

- Paul R Hage, 27777 Franklin Rd Ste 2500, Southfield, MI 48034
- Peek Packaging, 6221 Yarrow Dr Ste A, Carlsbad, CA 92011
- Perspectives/The Consulting Group, 11030 Santa Monica Blvd, Los Angeles, CA 90025
- Printco, 10514 Long Beach Blvd, Lynwood, CA 90262
- Rachel Galant, 823 S Bundy Dr #104, Los Angeles, CA 90049
- Raytorsha Robinson, 2418 El Segundo Blvd #205, Compton, CA 90222
- Reddaway, 26401 Network Pl, Chicago, IL 60673
- Republic, 14905 San Pedro St, Gardena, CA 90247
- Richard T Tavi Attorney & Associates LLC, PO Box 31579, Chicago, IL 60631
- Ruby Receptionist, 805 SW Broadway #900, Portland, OR 92705
- SCN Security Comm Network, 1530 Consumer Circle Ste 102, Corona, CA 92880
- Silver Law Offices, Attn Scott Silver, 10573 W Pico Blvd Ste 218, Los Angeles, CA 90064
- SoCal Gas, PO Box C, Monterey Park, CA 91756-5111
- Southern California Edison, 155 W San Bernardino Rd, Covina, CA 91722
- Southern California Gas Co, PO Box 30337, Los Angeles, CA 90030
- Synchrony Bank - 76, PO Box 9091, Johnson City, TN 37615
- Todd Hilbert, 14106 Ardath Ave Apt 3, Gardena, CA 90249
- Treasured Touch, 1149 Newberry Rd, Middletown, PA 17057
- UPS, 55 Glenlake Pkwy NE, Atlanta, GA 30328
- Uline, 2950 Jurupa St, Ontario, CA 91761
- Unifiller, 848 N Rainbow Blvd #2231, Las Vegas, NV 89107
- VideoJet, 12113 Collection Center Dr, Chicago, IL 60693
- Weighpack, 5605 Cypihot, Montreal QC **CANADA**, H4S1R3
- Weiss Brown, Attn Scott Weiss Esq, 6263 Scottsdale Ste 340, Scottsdale, AZ 85250

**Gov't Units:**

- Office of the United States Trustee, Attn Dare Law Esq, 915 Wilshire Blvd Ste 1850, Los Angeles, CA 90017
- City of Los Angeles Office of Finance, c/o Los Angeles City Attorneys Office, 200 N Main St Ste 920, Los Angeles, CA 90012
- City of Los Angeles Office of Finance, 200 N Spring St Rm 101 City Hall, Los Angeles, CA 9012-3332
- Employment Development Dept, Bankruptcy Group MIC 92E, PO Box 826880, Sacramento, CA 94280-0001
- Franchise Tax Board Bankruptcy Section MS A-340, PO Box 2952, Sacramento, CA 95812-2952
- Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
- Internal Revenue Service, MS HQ5420, 555 S Market St, San Jose, CA 95113
- Los Angeles City Clerk, PO Box 53200, Los Angeles, CA 90053
- Los Angeles County Tax Collector, Bankruptcy Unit, PO Box 54110, Los Angeles, CA 90054-0110
- Los Angeles Division, 255 E Temple St, Los Angeles, CA 90012
- Securities & Exchange Commission, 444 S Flower St Ste 900, Los Angeles, CA 90071
- State Board of Equalization, Account Information Group MIC 29, PO Box 942879, Sacramento, CA 94279-0029

**Special Notice Parties:**

- Attys for Smashssma LLC Unsec Creditor, Michael S Kogan Esq, Kogan Law Firm APC, 1849 Sawtelle Blvd Ste 700, Los Angeles, CA 90025
- Synchrony Bank (Phillips 66 Credit Card), c/o PRA Receivables Mgmt LLC, PO Box 41021, Norfolk, VA 23541
- Continental Bank, c/o Bradley R. Jones, Vice President, 15 W South Temple, Ste 300, Salt Lake City, UT 84101