**ZOLKIN TALERICO LLP**
Derrick Talerico (State Bar No. 223763)
*dtalerico@ztlegal.com*
David B. Zolkin (State Bar No. 155410)
*dzolkin@ztlegal.com*
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA  90025
Telephone:    (424) 500-8552

Attorneys for Debtor and
Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>JACKIE'S COOKIE CONNECTION, LLC,<br>a California limited liability company,<br><br>  Debtor and Debtor-<br>  in-Possession. | Case No. 2:18-bk-24571-NB<br><br>Chapter 11<br><br>**CHAPTER 11 STATUS REPORT**<br><br><u>**Hearing**</u>**:**<br>**Date: August 18, 2020**<br>**Time: 2:00 p.m.**<br>**Place: Courtroom 1545**<br>          **255 East Temple Street**<br>          **Los Angeles, CA 90012** |

STATUS REPORT                                       - 1 -

Case 2:18-bk-24571-NB    Doc 164    Filed 08/17/20    Entered 08/17/20 10:35:45    Desc
Main Document    Page 2 of 3

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE:**

Jackie's Cookie Connection, LLC, the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), hereby submits this Chapter 11 Status Report for the status conference set for August 18, 2020.

On December 10, 2019, with the administration of this Case largely complete, the Court approved a final fee application for the Debtor's counsel and approved a process for dismissing the case and distribution of remaining estate assets by granting the Motion of the United States Trustee to convert, dismiss, or appoint a Chapter 11 Trustee (the "Motion") [Dkt. 76]. An order approving the Debtor's counsel's fees was not lodged or entered at that time, but has not been lodged with the Court for entry.

This Case is administratively insolvent, and all remaining estate funds will be distributed on account of outstanding United States Trustee fees, and pro-rata to administrative creditors. The amount of administrative claims was subject to inquiry by the Debtor, delaying the proposed dismissal, but has now been resolved. A notice of final distribution and dismissal of the Case (the "Notice") has been filed, pursuant to which, absent a request for hearing, the Debtor's counsel will file a declaration of no response and lodge a proposed order granting the Motion with the Court, at which time the Court may enter an order consistent with the relief set forth in the Notice

DATED: August 17, 2020                    ZOLKIN TALERICO LLP

                                          By:  /s/ Derrick Talerico
                                              Derrick Talerico
                                          Attorneys for Debtor and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
12121 Wilshire Blvd, Suite 1120, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 17, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; dare.law@usdoj.gov; ron.maroko@usdoj.gov; kenneth.g.lau@usdoj.gov
Attorneys for Debtor: Derrick Talerico and David B Zolkin: dtalerico@ztlegal.com; dzolkin@ztlegal.com; maraki@ztlegal.com; sfritz@ztlegal.com
Attorneys for Creditor Ally Bank: Adam N. Barasch: adb@severson.com; cas@severson.com; nye@severson.com
Attorneys for Creditor Brian Haloossim: Sandford L. Frey: sfrey@leechtishman.com; lmoya@leechtishman.com; dmulvaney@leechtishman.com
Attorneys for Creditor Honda Lease Trust: Vincent V Frounjian; vvf.law@gmail.com
Attorneys for Creditor Direct Capital Corporation: Raffi Khatchadourian: raffi@hemar-russo.com
Attorneys for Unsecured Creditor Smashssma LLC: Michael S. Kogan: mkogan@koganlawfirm.com
Attorneys for Kogan Law Firm: Michael S. Kogan: mkogan@koganlawfirm.com
Attorneys for Creditor Continental Bank: Brett H. Ramsaur: brett@ramsaurlaw.com
Attorneys for CD Foodservice Inc.: Gary S. Sherman: gary.sherman@logsslaw.com; marleesherman@logsslaw.com
Unsecured Creditor Synchrony Bank by PRA Receivables Management LLC, Authorized Agent: Valerie Smith: claims@recoverycorp.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) August 17, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Creditor: | Creditor: | Creditor: |
|---|---|---|
| Wells Fargo Bank N.A. | Continental Bank | Budget Uniform Rental Inc. |
| 800 Walnut St MACF0005-055 | c/o Bradley R Jones, Vice President | c/o Caleb Donner Esq. |
| Des Moines, IA 50309 | 15 W South Temple, Ste 300 | Donner & Donner |
|  | Salt Lake City, UT 84101 | 910 Hampshire Rd Ste R |
|  |  | Westlake Village, CA 91361 |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 17, 2020 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**